IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER E. BROWN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EAST SUMMIT FIREHOUSE, LLC, a New Jersey Limited Liability Company,<br><br>Defendant. | Civil Action No.: 2:24-cv-00250<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court having been informed by Plaintiff Christopher E. Brown and Defendant East Summit Firehouse ("Defendant") (together, the "Parties") that the Parties have amicably resolved this matter and reduced their settlement to writing (the "Settlement Agreement"); the Settlement Agreement requiring Defendant to make certain modifications to the Property within a prescribed period of time that the Parties agree satisfy the requirements of the Americans with Disabilities Act; and for good cause having been shown;

It is on this ___15th___ day of ___November___, 2024,

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk shall **CLOSE** this matter forthwith.

_____
Hon. Michael E. Farbiarz, U.S.D.J.